M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      cmeyer@messner.com
             kwilson@messner.com
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN AUERS and LESLIE AUERS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company<br><br>Defendants. | Case No.:    3:24-cv-00338-MMD-CLB<br><br>**ORDER GRANTING DISASSOCIATION OF COUNSEL AND CHANGE OF HANDLING ATTORNEY** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the handling attorneys' on behalf of Defendant STATE FARM FIRE AND CASUALTY COMPANY, in the above-captioned matter is M. CALEB MEYER, ESQ., and KARIE N. WILSON, ESQ., of MESSNER REEVES, LLP. Please direct all communications, pleadings, discovery, filings, and inquiries for this matter to:

**M. Caleb Meyer, Esq**.
**Karie N. Wilson, Esq.**
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: cmeyer@messner.com
             kwilson@messner.com

Please remove RENEE M. FINCH, ESQ. from your service list as she is no longer with MESSNER REEVES, LLP.

DATED this __17th__ day of April, 2025.

MESSNER REEVES LLP

By: _/s/ M. Caleb Meyer_____
M. Caleb Meyer, Esq.
Karie N. Wilson, Esq.
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
_Attorneys for Defendant_
_State Farm Fire and Casualty Company_

**IT IS SO ORDERED.**

**DATED:** _April 17, 2025_____

_____
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>17</u> day of April, 2025, pursuant to FRCP 5(b), a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND CHANGE OF HANDLING ATTORNEY** was served upon the following by the method indicated:

Michael N. Poli (State Bar No. 005461)  
POLI, MOON & ZANE, PLLC  
403 Hill Street  
Reno, Nevada 89501  
mpoli@pmzlaw.com  
*Attorneys for Plaintiffs*  
*John Auers and Leslie Auers*

☐  via U.S. Mail  
☐  via Hand Delivery  
☐  via Facsimile  
☐  via Overnight Delivery  
☒  via eFlex  
☐  via Electronic Mail  

 

 

*/s/ Kimberly Shonfeld*  
Employee of MESSNER REEVES LLP