ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Fire and
Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| JOHN AUERS and LESLIE AUERS, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,<br><br>Defendants. | CASE NO. 3:24-cv-00338-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs JOHN AUERS and LESLIE AUERS (collectively "Plaintiffs"), by and through their counsel, POLI, MOON & ZANE, PLLC, and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175529023.1

of Plaintiffs' claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 4th day of June, 2026

POLI, MOON & ZANE, PLLC

/s/ Jeff G. Zane
MICHAEL N. POLI
Nevada Bar No. 5461
403 Hill Street
Reno, Nevada 89501

JEFF G. ZANE
*Pro Hac Vice*
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85250
*Attorneys for Plaintiffs*

Dated this 5th day of June, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Francis A. Arenas
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175529023.1

2